In re Sandalio García Ducós.

Núm. 517.—*Resuelto:* Febrero 2, 1940.

---

* Nota: Véase el prefacio.

El Juez Presidente Señor Del Toro emitió la opinión del tribunal.

En noviembre 17, 1939, el Colegio de Abogados de Puerto Rico pidió a esta Corte "que declare que acepta como única garantía de sus funciones como Notario la fianza que presta el Colegio de Abogados de Puerto Rico, a sus colegiados, por la suma de dos mil quinientos dólares ($2,500) cada uno, previo el depósito de bonos de los Estados Unidos de América, por valor de veinticinco mil dólares ($25,000), para afianzar su responsabilidad como tal garantizadora bajo cualquiera de esas fianzas."

El 13 de diciembre siguiente se celebró una audiencia a la que comparecieron no sólo los representantes del Colegio si que los del Departamento de Justicia y de la Superintendencia de Seguros.

Tomó la corte bajo su consideración el asunto y en enero 8, 1940 decidió, por los motivos consignados en opinión emitida por su Juez Asociado Sr. Wolf, dejar en suspenso la resolución del mismo hasta que el Colegio presentara para su aprobación alguna fianza notarial por él expedida. *In re Fianzas Notariales del Colegio de Abogados,* 55 D.P.R. 801.

Ahora se presenta tal fianza y estamos obligados a aprobarla o no, de acuerdo con los hechos y la ley.

¿Ofrece el Colegio la debida garantía? En primer lugar la Legislatura, al autorizarlo para fiar, le reconoció solvencia moral, por lo menos. Y en segundo lugar el acuerdo tomado por dicho Colegio sobre depósito de la suma de veinticinco mil dólares, completa la garantía con la material por ahora necesaria. La pregunta debe contestarse en la afirmativa.

Ahora bien, creemos que a los efectos de que la garantía no quede sujeta a los riesgos de un embargo por parte de cualquier acreedor del Colegio, si que enteramente dedicada a respaldar el afianzamiento de abogados notarios en el ejercicio de su profesión, en vez de depositarse los bonos en la secretaría de esta corte, deberían constituirse en prenda por medio de escritura pública, depositándose con el Tesorero de la Isla, artículos 1764 del Código Civil, Ed. 1930, y 91 del Código Político, expresándose claramente en la escritura las obligaciones a contraer por el Colegio y su consentimiento en cuanto a que los bonos constituídos en prenda respondan en todo tiempo de los daños y perjuicios que por acción u omisión puedan causar los notarios fiados en el ejercicio de sus funciones como tales. Si alguno, algunos o todos los bonos fueren hechos efectivos, su importe deberá ser en el acto sustituído por otros de la misma naturaleza y origen o por otra garantía igualmente solvente, todo con aprobación de la Corte.

Eso en cuanto a la garantía. En cuanto a la redacción del documento contentivo de la fianza que ha sido presentado, diremos que debe ésta constituirse también a favor de El Pueblo de Puerto Rico y a los efectos de que sea más específica las palabras "si dicho Sandalio García Ducós cumple fiel, y exactamente rinde cuentas de todo el dinero . . . . " deben sustituirse por las siguientes: "si dicho Sandalio García Ducós cumple bien y fielmente todos los deberes que le impone la ley como tal notario público y exactamente rinde cuentas de todo el dinero. . . . "

Además las firmas del abogado notario fiado y del Presidente y del Tesorero del Colegio deben autenticarse, reconociendo todos su obligación por medio de *affidavit*.

Habido en consideración todo lo expuesto, *no ha lugar por ahora a la aprobación de la fianza presentada.*